1074

[No. 29247-9-III.   Division Three.   August 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON MICHAEL ZURICK, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00199-1, John M. Antosz, J., entered July 29, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Sweeney, J., concurred in by Brown and Siddoway, JJ.